PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.  I also understand I have the right to contact an attorney prior to signing this waiver.

      I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The supervised releasee shall participate in the home confinement program for a period not to exceed 120 days.  During this time, the supervised releasee will remain at his place of residence except for employment  and other activities approved in advance by the probation officer.  The supervised releasee shall be subject to the standard conditions of home confinement adopted by the Southern District of Ohio, which may include the requirement to wear an electronic device and to follow electronic monitoring procedures specified by the probation officer.  Further, the supervised releasee shall be required to pay the daily costs of such electronic monitoring services.  A percentage of the payment may be waived based on the probation officer's evaluation of the supervised releasee's financial conditions.**

Witness: _____    Signed: _____
     U.S. Probation Officer              Probationer or Supervised Releasee

                    _____March 14, 2005_____
                         DATE