## CRIMINAL MINUTES
## PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                                    Case 1:00cr45

vs

DEVANT GETER

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter: _Mary Ann Ring_
Date: _8/22/05  1:30_

Attorney for USA: _Anthony Springs_
Attorney for Defendant:    Federal Public Defender

__✓__ Initial appearance held. Defendant informed of rights and charges.

_____ Case continued for Probable Cause Hearing _____ Detention Hearing __✓__ _8/25/05 1:30_
       on _____
_____ Probable cause hearing held/waived. Defendant to appear before District Judge
       __Dlott__ for Probation Violation/supervised release hearing.

_____ Probable cause found / not found

__✓__ Defendant _Temporarily_ DETAINED pending hearing.
_____ Defendant RELEASED on _____ bond

__✓__ Order APPOINTING counsel _FPD_____

Remarks:
_____
_____
_____