# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA

-vs-                                                    Case No. CR-1-05-127 (1)

                                                        1:00CR 45

**DEVANT GETER**

---

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER/CJA PANEL ATTORNEY

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender/CJA Panel Attorney is appointed to represent the above named defendant in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Cincinnati, Ohio on August 22, 2005.

                                        _____
                                        TIMOTHY S. BLACK
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Asst. Federal Public Defender
Devant Geter

2005 AUG 22 PM 2:20