# CRIMINAL MINUTES
## PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                    Case 1:00cr45

     vs

DEVANT GETER

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter: _Betty Schwab_
Date:  8/25/05, 1:30

Attorney for USA:                _Karl Kadon_
Attorney for Defendant:          _Ken Lawson_

_____ Initial appearance held. Defendant informed of rights and charges.

_____ Case continued for Probable Cause Hearing _____ Detention Hearing _____
     on _____

✓ Probable cause hearing held (waived.) Defendant to appear before District Judge
     ___Dlott___ for Probation Violation/supervised release hearing.

_____ Probable cause found / not found

✓ Defendant DETAINED pending hearing.
_____ Defendant RELEASED on _____ bond

_____ Order APPOINTING counsel _____

Remarks:
_____
_____
_____