AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __OHIO__

FILED
JAMES BONINI
CLERK

05 AUG 25 PM 4: 12

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

UNITED STATES OF AMERICA

V.

DEVANT TERRELL GETER

**WARRANT FOR ARREST**

Case Number:  1:00cr45

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DEVANT TERRELL GETER__
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

violation of conditions of supervised release.

in violation of Title _____ United States Code, Section(s) _____

Susan J. Dlott
Name of Issuing Officer

U.S. District Judge
Title of Issuing Officer

_/s/ Susan J. Dlott_
Signature of Issuing Officer

8/15/05 at Cincinnati, Ohio
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

HCJ

| DATE RECEIVED 8/15/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/22/05 | George G. Earls Deputy U.S. Marshal | |