IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                              Case Number: 1:00CR45

DEVANT GETER

Defendant's supervised release is revoked and is sentenced to Jail for a term of 60 Months to run consecutively to his sentence in case #1:05cr127.

Defendant is remanded to the United States Marshal

| | |
|---|---|
| Judge: | Susan J. Dlott |
| Courtroom Deputy: | William Miller |
| Court Reporter: | Julie Wolfer, Official |
| Date: | November 2, 2006 |