# United States District Court
## Southern District of Ohio at Cincinnati

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DEVANT GETER** | **JUDGMENT IN A CRIMINAL CASE**<br>(For *Revocation* of Probation or Supervised Release)<br><br>Criminal Number:   *1:00CR45*<br><br>USM Number:   03323-061<br><br>Ken Lawson<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔]   admitted guilt to violation of condition(s) of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| See next page. | | |

   The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

   IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   *7036* | November 2, 2006<br>Date of Imposition of Sentence |
| Defendant's Date of Birth:   *1973* | |
| Defendant's Residence Address: | *Susan J. Dlott*<br>Signature of Judicial Officer |
| Defendant's Mailing Address:<br>*1000 Sycamore Street*<br>*Hamilton County Justice Center*<br>*Cincinnati, OH. 45202* | SUSAN J. DLOTT, United States District Judge<br>Name & Title of Judicial Officer<br><br>Nov 9, 2006<br>Date |

AO 245 D (Rev. 06/05) Judgment in a Criminal Case for Revocation Sheet 1

CASE NUMBER:     1:00CR45                                          Judgment - Page 2 of 3
DEFENDANT:       DEVANT GETER

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Committed another crime | 8/2005 |
| 2 | Failed to notify probation officer 10 days prior to any change in residence | 7/2005 |
| 3 | Tested positive for marijuana | 4/2005 |
| 4 | Terminated from Talbert House | 7/2005 |
| 5 | Falsified monthly supervision reports | 5/2005 |

AO 245B (Rev. 06/05) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:00CR45 | Judgment - Page 3 of 3 |
| DEFENDANT: DEVANT GETER | |

## IMPRISONMENT

The defendant' supervised release is revoked and is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>5 years to be served consecutively to the 108 month period of confinement ordered in Case Number 1:05cr127</u>.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2:00 p.m. on _____.
    [ ] as notified by the United States Marshal but no sooner than
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal